# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-2333
_____

Hugo Aguilar Montecinos

Petitioner

v.

Merrick B. Garland, Attorney General of United States

Respondent

_____

No: 22-1438
_____

Hugo Aguilar Montecinos

Petitioner

v.

Merrick B. Garland, Attorney General of United States

Respondent

---

Petition for Review of an Order of the Board of Immigration Appeals
(A205-875-089)
(A205-875-089)

---

**JUDGMENT**

Before SMITH, Chief Judge, ARNOLD, and STRAS, Circuit Judges.

These causes were submitted on petitions for review of orders from the Board of Immigration Appeals, on the original records and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the petitions for review are denied in accordance with the opinion of this court.

February 10, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
            /s/ Michael E. Gans